# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

130182

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HANS LEE THOMAS,
      Defendant-Appellant.

SC: 130182
COA: 257557
Wayne CC: 02-014804-01

_____/

By order of October 18, 2006, the application for leave to appeal the November 1, 2005 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Smith* (Docket No. 130353). On order of the Court, the case having been decided on June 20, 2007, 478 Mich 292 (2007), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case for correction of the judgment of sentence.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

_____
Clerk

p1024